UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>              Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>              Defendants. | CASE NO. 1:11-cv-00068-AWI-MJS (PC)<br><br>**ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST DEFENDANTS PUNT, BONDOC, AND MADINA**<br><br>**(ECF Nos. 33, 36)**<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds on Plaintiff's Eighth Amendment medical indifference claim against Defendants Greaves, Bondoc, Punt, Madina, Swingle, Neubarth, Corea and Dhah. (ECF No. 26.) Defendants Neubarth, Swingle, and Dhah were served and have appeared in the action. (ECF Nos. 30, 31, 32, 36 & 37.) Service on Defendants Greaves and Corea was returned unexecuted. (ECF No. 34.)

Defendant Punt was sent a waiver of service form on June 28, 2014, and executed the waiver on July 10, 2014. (ECF No. 33.) Defendants Bondoc and Madina were personally served on November 19, 2014. (ECF No. 36.) Defendants Punt,

Bondoc, and Madina have not filed responsive pleadings, and the time for doing so has passed. Accordingly, IT IS HEREBY ORDERED that:

1. Defendants Punt, Bondoc, and Madina shall show cause, within twenty-one days from the date of this order, why default should not be entered;
2. The failure to file a response to this order will result in entry of default;
3. The issuance of this order operates as an extension of twenty-one days from the date of service of this order to respond to the first amended complaint;
4. The Clerk's Office is directed to serve a copy of this order on Rene L. Lucaric, Supervising Deputy Attorney General; and
5. The Clerk's Office shall mail a copy of this order to Defendants Punt, Bondoc, and Madina at the respective addresses where service was effectuated.

IT IS SO ORDERED.

Dated: February 9, 2015        /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE