UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | Case No. 1: 11-cv-00068-AWI-MJS (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO RESEND ORDER TO SHOW CAUSE TO DEFENDANT PUNT<br><br>(ECF No. 39) |

    Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 28 U.S.C. § 1983.  The action proceeds against Defendants Greaves, Bondoc, Punt, Madina, Swingle, Neubarth, Corea and Dhah on Plaintiff's Eighth Amendment medical indifference claims.  (ECF Nos. 21 & 26.)

    On February 10, 2015, Defendant Punt was ordered to show cause why default should not be entered against her.  (ECF No. 39.)  The Clerk's Office was directed to serve a copy of the order on Defendant Punt at the address where service was effectuated.  The order was sent to 475-750 Rice Canyon Rd., Susanville, CA 96130 and returned as undeliverable.  However, it appears from the docket that service was

effectuated at High Desert State Prison, c/o Litigation, P.O. Box 750, Susanville, CA 96130.  (ECF No. 33.)

       Accordingly, it is HEREBY ORDERED that:

       The Clerk's Office serve a copy of the Order to Show Cause (ECF No. 39.) on Defendant Punt at High Desert State Prison, c/o Litigation, P.O. Box 750, Susanville, CA 96130.

IT IS SO ORDERED.

Dated:   March 18, 2015         /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE