UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | CASE NO. 1: 11-cv-00068-AWI-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTIONS FOR PLU STATUS, TEMPORARY RESTRAINING ORDER, AND PRELIMINARY INJUNCTION<br><br>(Docs. 70, 71, 85) |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 28 U.S.C. § 1983. (Docs. 1 & 12.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 1, 2015, the Magistrate Judge issued Findings and Recommendations (Doc. 85.) to deny Plaintiff's motion for PLU status and motion for temporary restraining order and preliminary injunction. On September 23, 2015, Plaintiff filed objections. (Doc. 97.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case. Having carefully reviewed the

entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Plaintiff argues that his motion should have been construed as a motion for an extension of time to respond to Defendants' discovery requests. The Docket reflects that Plaintiff filed a separate motion for an extension of time, which the Magistrate Judge granted. (Docs. 98 & 99.) Therefore, Plaintiff's objections do not raise an issue of law or fact under the Findings and Recommendations.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendations filed on September 1, 2015 (Doc. 85.) in full;
2. Plaintiff's motion for PLU status (Doc. 70.) is DENIED; and
3. Plaintiff's motion for temporary restraining order and preliminary injunction (Doc. 71.) is DENIED.

IT IS SO ORDERED.

Dated:   October 9, 2015                         _____
                                                 SENIOR DISTRICT JUDGE

2