UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>        Defendants. | Case No.  1: 11-cv-0068-AWI-MJS (PC)<br><br>**ORDER FOR STATUS UPDATE**<br><br>**(ECF NOS. 81, 86)**<br><br>**SEVEN (7) DAY DEADLINE** |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. The action proceeds against Defendants Bondoc, Madina, Swingle, Neubarth, Corea and Dhah on Plaintiff's Eighth Amendment medical indifference claims.[1] (ECF Nos. 21 & 26.)

    Before the Court are two motions to compel filed by Defendants Swingle, Neubarth, and Bondoc (ECF No. 81) and Madina (ECF No. 86). Both of these motions object claim that Plaintiff has not responded at all to their discovery requests.

    On October 23, 2015, Plaintiff filed a notice indicating that he has responded to

---

[1] Defendant Greaves was dismissed (ECF No. 67.), and Defendant Punt has defaulted (ECF Nos. 53 & 54.)

Defendants Swingle, Neubarth, and Bondoc's discovery requests. (ECF No. 108.) The record also suggests that Plaintiff responded to Defendant Madina's discovery requests in November 2015. (<u>See</u> ECF Nos. 109-110.)

Accordingly, IT IS HEREBY ORDERED that Defendants Swingle, Neubarth, Bondoc, and Madina apprise the Court within seven (7) days of the status of their respective motions to compel.

IT IS SO ORDERED.

Dated:   January 23, 2016         /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

2