UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No.  1: 11-cv-0068-AWI-MJS (PC)<br><br>**ORDER DENYING DEFENDANTS' MOTIONS TO COMPEL**<br><br>**(ECF NOS. 81, 86)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. Before the Court are two motions to compel filed by Defendants Swingle, Neubarth, and Bondoc (ECF No. 81) and Madina (ECF No. 86). Defendants claimed in their respective motions that Plaintiff had not responded at all to their discovery requests.

However, recent status reports filed by Defendants indicate Plaintiff has now responded to the propounded discovery. Accordingly, IT IS HEREBY ORDERED that

the August 26, 2015, motion to compel (ECF No. 81) and September 4, 2015, motion to compel (ECF No. 86) are DENIED as moot.

IT IS SO ORDERED.

Dated:   January 27, 2016             /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE