UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No.  1: 11-cv-0068-AWI-MJS (PC)<br><br>**ORDER SETTING EVIDENTIARY HEARING**<br><br>**9:30 A.M.<br>JUNE 16, 2016<br>COURTROOM 6<br>FRESNO** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. On November 9, 2015, the undersigned issued findings and recommendations to, inter alia, deny Defendant Bondoc's August 6, 2015, motion for summary judgment on exhaustion grounds. (ECF Nos. 77, 113.) Upon consideration of the parties' evidence, the Court recommended that the motion be denied because there existed a dispute of material fact as to whether Plaintiff submitted a timely grievance.

On January 28, 2016, the Honorable Anthony W. Ishii adopted the findings and

recommendations in full, and referred the matter back to the undersigned to conduct a hearing regarding exhaustion, specifically to determine whether the May 6, 2006 grievance at issue was submitted as alleged by Plaintiff and in conformity with the then-existing CDCR policies.

Accordingly, IT IS HEREBY ORDERED that an evidentiary hearing be held at 9:30 A.M., Thursday, June 16, 2016, in Courtroom 6 of this Court. The Court will make arrangements for Plaintiff to appear in person. At the hearing, the Court will take evidence and hear testimony regarding the May 6, 2006 grievance allegedly submitted by Plaintiff, and will determine whether Plaintiff submitted it as alleged and whether it was procedurally proper. The parties shall be prepared to, and shall, present all relevant evidence pertaining to that issue at the hearing.

IT IS SO ORDERED.

Dated:   March 2, 2016                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE