UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No.  1: 11-cv-0068-AWI-MJS (PC)<br><br>**SUPPLEMENTAL ORDER RE**<br><br>**EVIDENTIARY HEARING**<br><br>**9:30 A.M.**<br>**JUNE 16, 2016**<br>**COURTROOM 6**<br>**FRESNO** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. On March 2, 2016, the Court issued an order setting an evidentiary hearing in this matter. (ECF No. 133.)

In addition to the directives of that order, it is further HEREBY ORDERED that, no later than **May 16, 2016**, the parties shall confer regarding the witnesses to be called and evidence to be presented at the hearing. No later than **May 31, 2016**, defense counsel shall file a statement setting forth the witnesses to be called and documents to be presented at the hearing by both parties. Defense counsel shall, no later than **May**

1

**31, 2016**, also provide to Judge Seng, at mjsorders@caed.uscourts.gov, a courtesy electronic copy of all proposed hearing exhibits.

IT IS SO ORDERED.

Dated: March 3, 2016                    /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE