UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | Case No.  1:11-cv-0068-AWI-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT M. DHAH'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(ECF NOS. 137, 152)**<br><br>**CASE TO REMAIN OPEN** |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983.  (ECF Nos. 1 & 12.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 29, 2016, the Magistrate Judge issued findings and recommendations (ECF No. 152) to grant Defendant M. Dhah's motion for summary judgment (ECF No. 137). Plaintiff has not filed any objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations filed on June 29, 2016 (ECF No. 152) in full.
2. Defendant M. Dhah's March 18, 2016, motion for summary judgment (ECF No. 137) is GRANTED.
3. Defendant M. Dhah is DISMISSED from this action; and
4. This case to remain open.

IT IS SO ORDERED.

Dated:   September 12, 2016

SENIOR DISTRICT JUDGE