UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>           Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>           Defendants. | Case No.  1:11-cv-0068-AWI-MJS (PC)<br><br>**ORDER TO SHOW CAUSE**<br><br>**THIRTY DAY DEADLINE** |

   Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. (ECF Nos. 1 & 12.) On March 21, 2016, Defendants filed a motion for summary judgment. (ECF No. 139.) To date, Plaintiff has not opposed the motion or filed a statement of non-opposition.

   Local Rule 230(*l*) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On March 21, 2016, , Defendants advised Plaintiff of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion. (ECF No. 139-2.)

Furthermore, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, IT IS HEREBY ORDERED that, within thirty days of the date of this order, Plaintiff shall file an opposition, if any, to the motion for summary judgment. Failure to file an opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: September 12, 2016      /s/ *Michael J. Seng*
                                                            UNITED STATES MAGISTRATE JUDGE